AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

**APPEARANCE**

Case Number: 1:08-cv-01536-BSJ

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Linda S. Huber

I certify that I am admitted to practice in this court.

| 4/4/08 | /s/ Sharon L. Nelles |
|---|---|
| Date | Signature |
| | Sharon L. Nelles — 2613073 |
| | Print Name — Bar Number |
| | 125 Broad Street |
| | Address |
| | New York — New York — 10004 |
| | City — State — Zip Code |
| | (212) 558-4000 — (212) 558-3588 |
| | Phone Number — Fax Number |