AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

**APPEARANCE**

Case Number: 1:08-cv-01536-BSJ

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Linda S. Huber

I certify that I am admitted to practice in this court.

| 4/4/08 | /s/ Stephen Ehrenberg |
|--------|------------------------|
| Date   | Signature              |

| | Stephen Ehrenberg | 4161816 |
|--|-------------------|---------|
| | Print Name        | Bar Number |

125 Broad Street
Address

| New York | New York | 10004 |
|----------|----------|-------|
| City     | State    | Zip Code |

| (212) 558-4000 | (212) 558-3588 |
|----------------|----------------|
| Phone Number   | Fax Number     |