AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

_____Southern_____  DISTRICT OF  _____New York_____

## APPEARANCE

Case Number: 1:08-cv-01536-BSJ

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Linda S. Huber

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/4/08 | /s/ Darrell S. Cafasso |
| Date | Signature |
| | Darrell S. Cafasso         4147849 |
| | Print Name                 Bar Number |
| | 125 Broad Street |
| | Address |
| | New York        New York        10004 |
| | City            State           Zip Code |
| | (212) 558-4000     (212) 558-3588 |
| | Phone Number       Fax Number |