UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NACH et al<br><br>            Plaintiffs,<br>v.<br><br>HUBER<br><br>            Defendants. | CIVIL ACTION NO. 1:08-cv-01536-SWK<br><br>**NOTICE OF MOTION TO ADMIT<br>COUNSEL *PRO HAC VICE*** |

## NOTICE OF MOTION AND MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Ira M. Press, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Jennifer L. Keeney |
| Firm Name: | Schiffrin Barroway Topaz & Kessler, LLP |
| Address: | 280 King of Prussia Road |
| City/State/Zip: | Radnor, PA 19087 |
| Phone Number: | (610) 667-7706 |
| Fax Number: | (610) 667-7056 |
| Email Address: | jkeeney@sbtklaw.com |

Jennifer L. Keeney is a member in good standing of the Bars of the State of Pennsylvania and the State of New Jersey. There are no pending disciplinary proceedings against Jennifer L. Keeney in any State or Federal Court.

Dated: _____, 2008

Respectfully submitted,

**KIRBY MCINERNEY LLP**

_____
Ira M. Press (IP 5313)
830 Third Avenue
10th Floor
New York, NY 10022
(212) 317-6600
Fax: (212) 751-2540

*Counsel for Lead Plaintiffs*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NACH et al<br><br>    Plaintiffs,<br>v.<br><br>HUBER<br><br>    Defendants. | CIVIL ACTION NO. 1:08-cv-01536-SWK<br><br>**AFFIDAVIT OF IRA M. PRESS IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

State of New York  )
         ) ss.
County of New York )

Frederick W. Gerkens III, being duly sworn, hereby deposes and says as follows:

  1.  I am a partner at Kirby McInerney LLP, Counsel for the Lead Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the Lead Plaintiffs' motion to admit Jennifer L. Keeney as counsel *pro hac vice* to represent the Lead Plaintiffs in this matter.

  2.  I am a member in good standing of the bar of the State of New York, and was admitted to practice law on March 1990. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

  3.  Ms. Keeney is an associate at Schiffrin Barroway Topaz & Kessler, LLP in Radnor, Pennsylvania.

  4.  I have found Ms. Keeney to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5.  Accordingly, I am pleased to move the admission of Jennifer L. Keeney, *pro hac vice*.

6.  In compliance with Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I have attached Certificates of Good Standing for Ms. Keeney from Pennsylvania and New Jersey issued within the past thirty days.

7.  I respectfully submit a proposed order granting the admission of Jennifer L. Keeney, *pro hac vice*, which is also attached.

WHEREFORE it is respectfully requested that the motion to admit Jennifer L. Keeney, *pro hac vice*, to represent the Lead Plaintiffs in the above-captioned matter, be granted.

Dated: 4/30, 2008

Respectfully submitted,

**KIRBY MCINERNEY LLP**

Ira M. Press (IP 5313)
830 Third Avenue, 10th Floor
New York, NY 10022
(212) 317-6600
Fax: (212) 751-2540

*Counsel for Lead Plaintiffs*

Sworn to and subscribed before me this 30 day of April, 2008.

Pamela E Kulsrud
Notary Public

PAMELA E. KULSRUD
Notary Public, State of New York
No. 02KU6143463
Appointed in New York County
My Commission Expires 2010

2



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Jennifer Lauren Keeney, Esq.*

DATE OF ADMISSION

*October 18, 2006*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: April 22, 2008

_____
Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **JENNIFER L KEENEY** (No. **043002006**) was constituted and appointed an Attorney at Law of New Jersey on **January 18, 2007** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **23RD** day of **April**, 20 **08**

*Clerk of the Supreme Court*

-453a-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NACH et al<br><br>          Plaintiffs,<br>v.<br><br>HUBER<br><br>          Defendants. | CIVIL ACTION NO. 1:08-cv-01536-SWK<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

Upon the motion of Ira M. Press, Counsel for the Lead Plaintiffs, and said sponsor attorney's affirmation in support;

IT IS HEREBY ORDERED that

|   |   |
|---|---|
| Applicant's Name: | Jennifer L. Keeney |
| Firm Name: | Schiffrin Barroway Topaz & Kessler, LLP |
| Address: | 280 King of Prussia Road |
| City/State/Zip: | Radnor, PA 19087 |
| Phone Number: | (610) 667-7706 |
| Fax Number: | (610) 667-7056 |
| Email Address: | jkeeney@sbtklaw.com |

is admitted to practice *pro hac vice* as counsel for the Lead Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____    _____
                                 Shirley Wohl Kram, U.S. District Judge

## CERTIFICATE OF SERVICE

I, Ira M. Press, hereby certify that I filed true and correct copies of the foregoing documents:

- *PRO HAC VICE* MOTION, AFFIDAVIT, AND PROPOSED ORDER.

with the Clerk of the Court on this date. The CM/ECF system will send notification to all counsel registered for CM/ECF.

Dated: 4/30, 2008

**KIRBY MCINERNEY LLP**

_____
Ira M. Press (IP 5313)
830 Third Avenue
10th Floor
New York, NY 10022
(212) 317-6600
Fax: (212) 751-2540

*Counsel for Lead Plaintiffs*

# SERVICE LIST

## Counsel registered for CM/ECF:

| | |
|---|---|
| **Marvin A. Miller**<br>Miller Law, LLC<br>115 S. LaSalle Street<br>Suite 2910<br>Chicago, IL 60603<br>(312) 332-3400<br>Fax: (312) 676-2676<br>Email: mmiller@millerlawllc.com<br><br>*Counsel for Lead Plaintiff Lewis Wetstein, M.D.* | **Frederick W. Gerkens, III**<br>Glancy Binkow & Goldberg LLP<br>1430 Broadway<br>Suite 1603<br>New York, NY 10018<br>(212) 382-2221<br>Fax: (212) 382-3944<br>Email: fgerkens@glancylaw.com<br><br>*Co-Lead Counsel for Lead Plaintiff Lewis Wetstein, M.D.* |
| **Daniel Hume**<br>**Ira M. Press**<br>Kirby McInerney LLP<br>830 Third Avenue<br>10th Floor<br>New York, NY 10022<br>(212) 317-6600<br>Fax: (212) 751-2540<br>Email: dhume@kmslaw.com<br>Email: ipress@kmslaw.com<br><br>*Counsel for Lead Plaintiff Teamsters Local 282 Group* | **Sharon L. Nelles**<br>**Stephen Ehrenberg**<br>**Darrell Scott Cafasso**<br>Sullivan & Cromwell, LLP(NYC)<br>125 Broad Street<br>New York, NY 10004<br>(212) 558-4000<br>Fax: (212) 558-3588<br>Email: nelless@sullcrom.com<br>Email: ehrenbergs@sullcrom.com<br>Email: cafassod@sullcrom.com<br><br>*Counsel for Defendant Linda Huber* |

## Counsel not registered for CM/ECF:

**Joel Lee Lipman**
O'Rourke, Katten & Moody
161 North Clark Street
Suite 2230
Chicago, IL 60601
(312) 849-2020
Fax: (312) 849-2021

*Counsel for Plaintiff Raphael Nach*

**Dale J. MacDiamid**
**Michael M. Goldberg**
Glancy Binkow & Goldberg, LLP
1801 Avenue of the Stars, Ste. 311
Los Angeles, CA
(310) 201-9150

*Co-Lead Counsel for Lead Plaintiff Lewis Wetstein, M.D.*

**Lori Ann Fanning**
Miller, Faucher and Cafferty L.L.P.
115 South LaSalle Street
Suite 2910
Chicago, IL 60603
(312) 332-3400

*Counsel for Lead Plaintiff Lewis Wetstein, M.D.*

**Patrick V. Dahlstrom**
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, NY 10017
312-377-1181
Fax: (212)661-8665

*Co-Counsel for Lead Plaintiff Teamsters Local 282 Group*

**Richard H. Klapper**
Sullivan and Cromwell, LLP(NYC)
125 Broad Street
New York, NY 10004
(212) 558-4000

*Counsel for Defendant Linda Huber*

**Joshua B. Silverman**
**Leigh Robbin Handelman**
Pomerantz Haudek Block Grossman & Gross LLP
One North LaSalle Street
Suite 2225
Chicago, IL 60602
(312) 377-1181
Fax: (312) 377-1184

*Co-Lead Counsel for Lead Plaintiff Teamsters Local 282 Group*

**David H. Kistenbroker**
**Paul S. Kim**
**Theresa Lynn Davis**
Katten, Muchin, Zavis & Rosenman
525 West Monroe Street
Chicago, IL 60661
(312) 902-5200

*Counsel for Defendant Linda Huber*