## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

NACH et al

       Plaintiffs,

v.

HUBER

       Defendants.

CIVIL ACTION NO. 1:08-cv-01536-SWK

**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

### NOTICE OF MOTION AND MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Ira M. Press, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Michael K. Yarnoff |
| Firm Name: | Schiffrin Barroway Topaz & Kessler, LLP |
| Address: | 280 King of Prussia Road |
| City/State/Zip: | Radnor, PA 19087 |
| Phone Number: | (610) 667-7706 |
| Fax Number: | (610) 667-7056 |
| Email Address: | myarnoff@sbtklaw.com |

Michael K. Yarnoff is a member in good standing of the Bars of the State of Pennsylvania and the State of Delaware. There are no pending disciplinary proceedings against Michael K. Yarnoff in any State or Federal Court.

Dated: _4/30_, 2008

Respectfully submitted,

**KIRBY MCINERNEY LLP**

Ira M. Press (IP 5313)
830 Third Avenue
10th Floor
New York, NY 10022
(212) 317-6600
Fax: (212) 751-2540

*Counsel for Lead Plaintiffs*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NACH et al<br><br>        Plaintiffs,<br><br>v.<br><br>HUBER<br><br>        Defendants. | CIVIL ACTION NO. 1:08-cv-01536-SWK<br><br>**AFFIDAVIT OF IRA M. PRESS IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

State of New York      )
                            )    ss.
County of New York   )

Ira M. Press, being duly sworn, hereby deposes and says as follows:

      1.     I am a partner at Kirby McInerney LLP, Counsel for the Lead Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the Lead Plaintiffs' motion to admit Michael K. Yarnoff as counsel *pro hac vice* to represent the Lead Plaintiffs in this matter.

      2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law on March 1990. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

      3.     Mr. Yarnoff is a partner at Schiffrin Barroway Topaz & Kessler, LLP in Radnor, Pennsylvania.

      4.     I have found Mr. Yarnoff to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5.    Accordingly, I am pleased to move the admission of Michael K. Yarnoff, *pro hac vice*.

6.    In compliance with Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I have attached Certificates of Good Standing for Mr. Yarnoff from Pennsylvania and New Jersey issued within the past thirty days.

7.    I respectfully submit a proposed order granting the admission of Michael K. Yarnoff, *pro hac vice*, which is also attached.

WHEREFORE it is respectfully requested that the motion to admit Michael K. Yarnoff, *pro hac vice*, to represent the Lead Plaintiffs in the above-captioned matter, be granted.

Dated: __4 / 30__, 2008

Respectfully submitted,

**KIRBY MCINERNEY LLP**

Ira M. Press (IP 5313)
830 Third Avenue, 10th Floor
New York, NY 10022
(212) 317-6600
Fax: (212) 751-2540

*Counsel for Lead Plaintiffs*

Sworn to and subscribed before me

this 30 day of April, 2008.

*Pamela E Kulsrud*
Notary Public

PAMELA E. KULSRUD
Notary Public, State of New York
No. 02KU6143463
Appointed in New York County
My Commission Expires 2010

2



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Michael Keith Yarnoff, Esq.

#### DATE OF ADMISSION

#### December 12, 1991

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  April 22, 2008**

Patricia A. Johnson
Chief Clerk

# SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Michael K. Yarnoff** was admitted to practice as an attorney in the Courts of this State on **March 13, 1995,** and is an **active** member of the Bar of the Supreme Court of the State of Delaware in good standing.

## IN TESTIMONY WHEREOF,

I have hereunto set my hand and affixed the seal of said Court at Dover this 16th day of April 2008.

Cathy L. Howard
Clerk of the Supreme Court



## CERTIFICATE OF SERVICE

I, Ira M. Press, hereby certify that I filed true and correct copies of the foregoing documents:

- *PRO HAC VICE* MOTION, AFFIDAVIT, AND PROPOSED ORDER.

with the Clerk of the Court on this date.  The CM/ECF system will send notification to all

counsel registered for CM/ECF.

Dated: 4/30/      , 2008

**KIRBY MCINERNEY LLP**

Ira M. Press (IP 5313)
830 Third Avenue
10th Floor
New York, NY 10022
(212) 317-6600
Fax: (212) 751-2540

*Counsel for Lead Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NACH et al | CIVIL ACTION NO. 1:08-cv-01536-SWK |
| Plaintiffs, | |
| v. | **ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |
| HUBER | |
| Defendants. | |

Upon the motion of Ira M. Press, Counsel for the Lead Plaintiffs, and said sponsor attorney's affirmation in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Michael K. Yarnoff |
| Firm Name: | Schiffrin Barroway Topaz & Kessler, LLP |
| Address: | 280 King of Prussia Road |
| City/State/Zip: | Radnor, PA 19087 |
| Phone Number: | (610) 667-7706 |
| Fax Number: | (610) 667-7056 |
| Email Address: | myarnoff@sbtklaw.com |

is admitted to practice *pro hac vice* as counsel for the Lead Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____     _____

Shirley Wohl Kram, U.S. District Judge

## SERVICE LIST

**Counsel registered for CM/ECF:**

| | |
|---|---|
| **Marvin A. Miller**<br>Miller Law, LLC<br>115 S. LaSalle Street<br>Suite 2910<br>Chicago, IL 60603<br>(312) 332-3400<br>Fax: (312) 676-2676<br>Email: mmiller@millerlawllc.com<br><br>*Counsel for Lead Plaintiff Lewis Wetstein, M.D.* | **Frederick W. Gerkens, III**<br>Glancy Binkow & Goldberg LLP<br>1430 Broadway<br>Suite 1603<br>New York, NY 10018<br>(212) 382-2221<br>Fax: (212) 382-3944<br>Email: fgerkens@glancylaw.com<br><br>*Co-Lead Counsel for Lead Plaintiff Lewis Wetstein, M.D.* |
| **Daniel Hume**<br>**Ira M. Press**<br>Kirby McInerney LLP<br>830 Third Avenue<br>10th Floor<br>New York, NY 10022<br>(212) 317-6600<br>Fax: (212) 751-2540<br>Email: dhume@kmslaw.com<br>Email: ipress@kmslaw.com<br><br>*Counsel for Lead Plaintiff Teamsters Local 282 Group* | **Sharon L. Nelles**<br>**Stephen Ehrenberg**<br>**Darrell Scott Cafasso**<br>Sullivan & Cromwell, LLP(NYC)<br>125 Broad Street<br>New York, NY 10004<br>(212) 558-4000<br>Fax: (212) 558-3588<br>Email: nelless@sullcrom.com<br>Email: ehrenbergs@sullcrom.com<br>Email: cafassod@sullcrom.com<br><br>*Counsel for Defendant Linda Huber* |

**Counsel not registered for CM/ECF:**

**Joel Lee Lipman**
O'Rourke, Katten & Moody
161 North Clark Street
Suite 2230
Chicago, IL 60601
(312) 849-2020
Fax: (312) 849-2021

*Counsel for Plaintiff Raphael Nach*

**Dale J. MacDiamid**
**Michael M. Goldberg**
Glancy Binkow & Goldberg, LLP
1801 Avenue of the Stars, Ste. 311
Los Angeles, CA
(310) 201-9150

*Co-Lead Counsel for Lead Plaintiff Lewis Wetstein, M.D.*

**Lori Ann Fanning**
Miller, Faucher and Cafferty L.L.P.
115 South LaSalle Street
Suite 2910
Chicago, IL 60603
(312) 332-3400

*Counsel for Lead Plaintiff Lewis Wetstein,*
*M.D.*

**Patrick V. Dahlstrom**
Pomerantz Haudek Block Grossman & Gross
LLP
100 Park Avenue, 26th Floor
New York, NY 10017
312-377-1181
Fax: (212)661-8665

*Co-Counsel for Lead Plaintiff Teamsters Local*
*282 Group*

**Richard H. Klapper**
Sullivan and Cromwell, LLP(NYC)
125 Broad Street
New York, NY 10004
(212) 558-4000

*Counsel for Defendant Linda Huber*

**Joshua B. Silverman**
**Leigh Robbin Handelman**
Pomerantz Haudek Block Grossman & Gross
LLP
One North LaSalle Street
Suite 2225
Chicago, IL 60602
(312) 377-1181
Fax: (312) 377-1184

*Co-Lead Counsel for Lead Plaintiff Teamsters*
*Local 282 Group*

**David H. Kistenbroker**
**Paul S. Kim**
**Theresa Lynn Davis**
Katten, Muchin, Zavis & Rosenman
525 West Monroe Street
Chicago, IL 60661
(312) 902-5200

*Counsel for Defendant Linda Huber*